JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| PAMMY XIONG, | ) | Case No. 2:20-cv-08958-RGK-JC |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS [8] |
| CITIBANK, N.A., and DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

///
///
///

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Stay Action and Arbitrate Claims, and finding good cause, the Stipulation is **GRANTED**.

The case is stayed and all claims against defendant Citibank, N.A. will be submitted to binding individual arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement attached to the Stipulation as <u>Exhibit 1</u>.

Further, this action is administratively closed pending arbitration. The parties shall file a report 14 days from the conclusion of arbitration proceedings. All pending dates and hearings are hereby vacated and taken off-calendar.

IT IS SO ORDERED.

DATED:   11/20/2020

_____
Hon. R. Gary Klausner
United States District Court Judge